

# COMMONWEALTH of VIRGINIA

### *Secretary of the Commonwealth*

POST OFFICE BOX 2452

RICHMOND, VIRGINIA 23218-2452

## NOTICE OF SERVICE OF PROCESS

PAXTON-MITCHELL COMPANY, LLC,
Justin M. Quick R/A
108 South 12th Street
Blair, NE 68002-2143

8/7/2025

CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT, a Virginia Political
subdivision

vs.

PAXTON-MITCHELL COMPANY, LLC,
Justin M. Quick R/A

**Summons and Complaint**

Dear Sir/Madam:

You are being served with the enclosed notice under section 8.01-329 of the Code of
Virginia which designates the Secretary of the Commonwealth as statutory agent for
Service of Process.

If you have any questions about the matter, PLEASE contact the CLERK of the
enclosed/below mentioned court or any attorney of your choice. Our office does not
accept payments on behalf of debts. The Secretary of the Commonwealth's ONLY
responsibility is to mail the enclosed papers to you.

COURT:

Northampton County Circuit Court
PO Box 36
5229 The Hornes
Eastville, VA 23347

Service of Process Clerk
Secretary of the Commonwealth's Office



EXHIBIT
A

# AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH

Case No. .......... **CL25000235-00**

Commonwealth of Virginia     VA CODE §§ 8.01-301, -310, -329; 55-218.1; 57-51

.......... Northampton County Circuit Court .......... Circuit Court

| | |
|---|---|
| CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT, a Virginia Political subdivision | PAXTON-MITCHELL COMPANY, LLC, serve Justin M. Quick R/A |
| 32386 Lankford Highway | 108 South 12th Street |
| Cape Charles, VA, 23310 | Blair, NE, 68002-2143 |

v.

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments:     [×] Summons and Complaint          [ ] Notice

[ ]

I, the undersigned Affiant, state under oath that
[×] the above-named defendant     [ ] ..........
    whose last known address is     [×] same as above [ ] ..........
1.  [×] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A)
        applies (see NON-RESIDENCE GROUNDS REQUIREMENT on page 2).
2.  [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE
        REQUIREMENT ON BACK)

.......... is the hearing date and time on the attached process or notice (if applicable).

**8-1-25**
DATE          [ ] PARTY  [×] PARTY'S ATTORNEY  [ ] PARTY'S AGENT  [ ] PARTY'S REGULAR OR BONA FIDE EMPLOYEE

State of  **Virginia**  [×] City [ ] County of  **Virginia Beach**
Acknowledged, subscribed and sworn to before me this day by  **J. Bryan Plumlee**
                                                                PRINT NAME OF SIGNATORY

**8-1-25**
DATE          [ ] CLERK  [ ] MAGISTRATE  [×] NOTARY PUBLIC  **01-31-26**
              Notary Registration No. **7729008**  My commission expires: ..........

*Notary seal: DAHLIA BAQER, NOTARY PUBLIC, REG. #7729008, MY COMMISSION EXPIRES 01/31/2026, COMMONWEALTH OF VIRGINIA*

[ ] Verification by the clerk of court of the date of filing of the certificate of compliance is requested. A self-addressed stamped envelope was
    provided to the clerk at the time of filing this Affidavit.

**NOTICE TO THE RECIPIENT** from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary
of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by
certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to
seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

## CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:
1.  On .......... **AUG 0 5 2025** .........., legal service in the above-styled case was made upon the Secretary of the
    Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.
2.  On .......... **AUG 1 3 2025** .........., papers described in the Affidavit and a copy of this Affidavit were forwarded by
    certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

.......... SERVICE OF PROCESS CLERK, DESIGNATED
BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM CC-1418 (MASTER, PAGE ONE OF TWO) 07/13

# COMMONWEALTH OF VIRGINIA



## SUMMONS – CIVIL ACTION
RULE 3:5; VA. CODE § 8.01-2

Case No. CL25000235-00 ........................

NORTHAMPTON .................................................................... Circuit Court

5229 THE HORNES, P O BOX 36, EASTVILLE 23347-0036 ...........................
ADDRESS

TO:

PAXTON-MITCHELL COMPANY, LLC, JUSTIN M. QUICK R/A

108 SOUTH 12TH STREET BLAIR ...............................

108 SOUTH 12TH STREET ...............................

BLAIR, NE 68002-2143 ...............................

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia.

AUGUST 1, 2025 ...................................    JOHNSON, TRACI L. .......................................................... Clerk
DATE

by   /S/ BROWN, LAUREN ..............................................
DEPUTY CLERK

Instructions:

Hearing Official: ..........................................................................

FORM CC-1400 MASTER 10/13

Service: NORTHAMPTON CC LAMBROWN at 2025AUG01 10:46 CL25000235-00

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. CL25000235-00 ..................................................

Service No. 1 .................................... (Clerk's use only)

NORTHAMPTON .................................... Circuit Court

CHESAPEAKE BAY BRIDGE AND T.D. ......................... v.   PAXTON-MITCHELL COMPANY, LLC .................

PAXTON-MITCHELL COMPANY, LLC, JUSTIN M. QUICK R/A, 108 SOUTH 12TH STREET BLAIR, 108 SOUTH 12TH STREET, BLAIR, NE 68002-2143

is the name and address of the person upon whom service of the following is to be made:

[x] Summons and Complaint

[ ] ..................................................................................

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   .......................................................................................................

   or,

   [ ] I am a private process server (list name, address and telephone number below).

   .......................................................................................................

   or,

   [ ] I am an investigator employed by an attorney for the Commonwealth or the Indigent Defense Commission and have retired or resigned from my prior position as a law-enforcement officer in good standing.  I affirm that the sheriff for the jurisdiction where process was served has agreed that such investigators may serve process. (List name, title and agency below.)

   .......................................................................................................

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: .....................................................................
   — Place of service: ...............................................................................
   — Method of service:                        STREET ADDRESS, CITY AND STATE

| [ ] Personal Service | [ ] Not Found |
|---|---|
| [ ] Being unable to make personal service, a copy was delivered in the following manner: | |

   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ...................................

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

   .......................................................
   DATE OF MAILING

..........................................                    ..........................................
DATE                                                         SIGNATURE

State/Commonwealth of ..........................................,   [ ] City  [ ] County of ..........................

Subscribed and sworn to/affirmed before me this .................... day of ...................., 20 ............

by ..........................................................................................................
   PRINT NAME OF SIGNATORY                                                         TITLE

..........................................        ..........................................................
DATE                                              NOTARY PUBLIC (My commission expires ........................)
                                                  Registration No. ..................................

FORM CC-1407 MASTER 07/18

Uploaded: 2025AUG01 10:15 Filed By:OKOLESNICHENKO on behalf of Bar# 44444 JPLUMLEE Reference: EF-177375
eFiled: 2025AUG01 NORTHAMPTON CC LAMBROWN at 2025AUG01 10:46 CL25000235-00

VIRGINIA: IN THE CIRCUIT COURT OF NORTHAMPTON COUNTY

CHESAPEAKE BAY BRIDGE
AND TUNNEL DISTRICT, a Virginia
Political subdivision,

      Plaintiff,

v.                                Case No.: _____

PAXTON-MITCHELL COMPANY, LLC,

**Serve: Via Secretary of the Commonwealth**
      **Justin M. Quick R/A**
      **Paxton-Mitchell Company, LLC**
      **108 South 12th Street**
      **Blair, NE 68002-2143**

      Defendant.

## COMPLAINT

      COMES NOW, the Plaintiff, Chesapeake Bay Bridge and Tunnel District, by counsel, and respectfully moves this Court for judgment against Defendant Paxton-Mitchell, Company, LLC on the grounds and in the amount as hereinafter set forth:

      1.     Plaintiff Chesapeake Bay Bridge and Tunnel District ("Plaintiff or the "District") is a political subdivision of the Commonwealth of Virginia, with such powers as delegated by Va. Code §§ 33.2-2200—2221.

      2.     Defendant Paxton-Mitchell Company, LLC ("Defendant" or "Paxton-Mitchell") is a Nebraska corporation with its principal place of business located at 108 South 12th Street, Blair, NE 68008.

      3.     On or about September 4, 2024, the District and Paxton-Mitchell entered into an Equipment Sales Agreement (the "Agreement"), which was a valid and binding contract between the parties. A true and accurate copy of the Equipment Sales Agreement is attached hereto as Exhibit 1.

4.    The Agreement provided that Paxton-Mitchell was to supply the District with a fully functional, base cab and chassis converted into a specialty vehicle to be used for the purpose of inspecting the District's facilities (the "Snooper") no later than September 30, 2024.

5.    Defendant delivered the Snooper in defective condition which did not meet the requirements of the Agreement.

6.    Defendant failed to timely deliver the Snooper in an acceptable condition as required by the Agreement.

7.    Plaintiff paid Paxton-Mitchell $463,506.02 for the cost of the Snooper with modifications.

8.    The District purchased a cab and chassis for the Snooper build out on August 20, 2021 for $128,782.00 in a good faith attempt to expedite the specialty build out.

9.    Plaintiff has paid or will pay third parties for rental of a replacement snooper type vehicle through September 2025 for which Plaintiff has not been reimbursed an additional $71,400.00.

10.    The Agreement provides that the proper jurisdiction for any dispute concerning the Agreement is Virginia with venue being in the Northampton County, Virginia.

11.    Plaintiff is entitled to recover its attorney's fees in this action pursuant to section 4 of the Agreement which provides "If a dispute arises under this Agreement, the prevailing party shall be entitled to recover all costs of such legal action including but not limited to reasonable attorney fees."

## COUNT I—BREACH OF CONTRACT

12.    Plaintiff re-alleges and incorporates the preceding and foregoing paragraphs herein.

13.    The Agreement was a valid and binding contract between the parties.

14.    Defendant has materially breached the Agreement by failing to deliver the Snooper with required, functioning modifications.

15.    Plaintiff has been damaged in the amount of $663,688.02.

## COUNT II—BREACH OF WARRANTY

16.    Plaintiff re-alleges and incorporates the preceding and foregoing paragraphs herein.

17.    The Agreement warrantied the Snooper was "a specialty vehicle fit for a particular purpose and Buyer has relied upon Seller's special knowledge and skills."

18.    Defendant warrantied "the Snooper shall be free of all defects in material and workmanship."

19.    The District has been damaged by Defendant's breach of the warranties in the amount of $663,688.02

WHEREFORE, Plaintiff respectfully requests this Court enter judgment in its favor in an amount to be determined at trial but not less than $663,688.02, award Plaintiff its costs and reasonable attorney's fees as requested herein, and for such further relief deemed necessary and just.

CHESAPEAKE    BAY    BRIDGE    AND
TUNNEL DISTRICT

By: _____
       Of Counsel

J. Bryan Plumlee, Esq., VSB No.: 44444
David B. Oakley, Esq., VSB No.: 72226
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
Phone: 757-499-1841
Facsimile: 757-552-6016
doakley@pbp-attorneys.com
*Attorney for Plaintiff*

Uploaded: 2025AUG01 10:15 Filed By:OKOLESNICHENKO on behalf of Bar# 44444 JPLUMLEE Reference: EF-177375
eFiled: 2025AUG01 NORTHAMPTON CC LAMBROWN at 2025AUG01 10:46 CL25000235-00



## EQUIPMENT SALES AGREEMENT

This EQUIPMENT SALES AGREEMENT ("Agreement") made on <u>September 4, 2024</u> between the Chesapeake Bay Bridge and Tunnel District, a Virginia political subdivision with its principal place of business at 32386 Lankford Highway, Cape Charles, Virginia 23310 (the "Buyer"), and the Paxton-Mitchell Company, LLC, a Nebraska corporation with its principal place of business and factory at 108 South 12th Street, Blair, NE 68008 (the "Seller"), the Buyer and Seller are referred to herein collectively as the "Parties".

## RECITALS

**WHEREAS**, Buyer is a political subdivision which maintains a bridge tunnel across the Chesapeake Bay connecting the City of Virginia Beach, Virginia to the Eastern Shore of Virginia (the "Facility"); and pursuant to its emergency procurement authority under the laws of the Commonwealth of Virginia Buyer sought a proposal from Seller for conversion of a base cab and chassis into a specialty vehicle to be used for the purpose of inspections of the Facility and such inspections are vital for the continued maintenance of the Facility (the "Snooper");

**WHEREAS**, on or about June 30, 2021 the Buyer received from Seller the quote number 06302021-01 (Exhibit A) setting forth a delivery date of 270 days after receipt of an order from Buyer, FOB its factory ("Delivery Date"); and on or about July 12, 2021, Buyer ordered a Cab & Chassis ("Base Truck") from Truck Center Companies East, LLC of Omaha, NE to deliver to Seller for conversion by Seller under order number CBB_3343 (Exhibit B); and Buyer paid $128,782.00 for the Base Truck; and title to the Base Truck is to be issued to the Buyer once the Base Truck is converted into the Snooper (Exhibit C); and Seller acknowledges it timely received the Base Truck and further that once converted, the Base Truck is of no further value to Buyer unless it is successfully delivered as an operational Snooper;

**WHEREAS**, on or about July 15, 2021, Buyer issued to Seller order number CBB_3373 for the Snooper the "Order" (Exhibit D); and on or about July 15, 2021, Buyer paid Seller a 30% down payment of $158,312.02 ("Deposit")(Exhibit E);

**WHEREAS**, Seller agrees it did not deliver FOB its factory the Snooper by the Delivery Date and Buyer was forced to rent an alternative inspection vehicle for the months of July, August and September 2024 at a total cost of $64,200.00 ("Rental Cost");

**WHEREAS**, in recent months the Parties exchanged a series of letters attempting to resolve the failure of timely delivery under acceptable terms to both Parties; these letters set forth terms which are in addition to the initial order; and the Buyer issued a final option to the Seller on August 28, 2024 (Exhibit F) and Seller accepted the final option on September 3, 2024 (Exhibit G);

**WHEREAS**, the Parties agree this Agreement is not a novation and does not relieve either the Buyer or Seller of their continued obligation(s);

**NOW THEREFORE**, in consideration of the mutual covenants and agreements contained herein, incorporating the recitals above, the Parties hereto agree as follows:

1. Delivery. Seller shall deliver the Snooper fully converted for Buyer's inspection and approval at the location of the Seller in Nebraska no later than September 30, 2024 ("Final

00534443                                        1

Delivery Date"). Buyer shall inspect the Snooper at the location of the Seller and shall have a reasonable period of time, no more than seven (7) calendar days, to accept or reject the Snooper.

    2.  *Price.* If accepted, the price of the delivered and converted Snooper shall be $305,194.00 for full and final payment (the Price reflects a reduction in the Order based upon the Rental Cost).

    3. *Refund for Seller's Default.* Should the Seller fail to deliver the Snooper in an acceptable condition to the Buyer by the Final Delivery Date, FOB its factory, Seller agrees to refund Buyer all funds expended by Buyer including the Deposit, the cost of the Base Truck and the Rental Cost in the current total amount of $351,294.00 ("Refund"). If the Refund is required, the Seller shall pay Buyer the Refund within sixty (60) days of September 30, 2024. If the Refund is required, when Seller timely pays Buyer the Refund, Buyer shall then deliver to Seller legal title in the Base Truck and Seller shall then own the Base Truck.

    4. *Applicable law, Jurisdiction and Venue.* This Agreement shall be governed by the Uniform Commercial Code and the laws of the Commonwealth of Virginia without regard for conflict of laws principles that would require the application of any other law. The Parties agree this Agreement was negotiated and created in the Commonwealth of Virginia and the appropriate jurisdiction for dispute adjudication shall be Virginia. The Parties agree this Agreement is subject to the sole and exclusive jurisdiction of the state and federal courts of Virginia and agree to venue in such courts located in Northhampton, County Virginia for adjudication of any and all claims made under this agreement. All parties agree to waive any objections to venue on the basis of forum non conveniens. If a dispute arises under this Agreement, the prevailing party shall be entitled to recover all costs of such legal action including but not limited to reasonable attorney fees.

    5. *Warranties.* Seller agrees the Snooper is a specialty vehicle fit for a particular purpose and Buyer has relied upon Seller's special knowledge and skills. Further, Seller warrants the Snooper shall be free of all defects in material and workmanship. Seller further warrants that it has the rights to all materials including but no limited to software used in the conversion of the Base Truck and shall hold Buyer harmless from and indemnify it against any loss by way of infringement claims.

    6. *Merger clause; negation of course of dealing and trade usage; no oral modifications.* This Agreement and the Exhibts hereto constitute the sole, entire, complete, and fully integrated agreement between the parties hereto with regard to the subject matter hereof. *No course of prior dealings between the parties and no usage of trade shall be relevant or admissible to supplement, explain, or vary any of the terms of this agreement.* Acceptance of, or acquiescence in, a course of performance rendered under this or any prior agreement shall not be relevant or admissible to determine the meaning of this Agreement even though the accepting or acquiescing party has knowledge of the nature of the performance and an opportunity to make objection. No representations, understandings, or agreements have been made or relied upon in the making of this agreement other than those specifically set forth herein. This Agreement may be modified only in an instrument signed by the parties or their duly authorized agents.

    7. *Assignment and delegation.* The rights and duties under this Agreement may neither be assigned nor delegated without the express written consent of the parties or their duly authorized agents. Any attempt by either party to assign any right or delegate any duty under this Agreement in violation of this paragraph shall be null and void.

8. *Counterparts and Electronic Signatures.* This Agreement may be executed in one or more counterparts, each of which will be deemed to be an original copy and all of which, when taken together, will be deemed to constitute one and the same agreement or document, and will be effective when counterparts have been signed by each of the Parties and delivered to the other party. The manual signatures for this Agreement shall be delivered by an image which shall be transmitted electronically and will constitute an original signature for all purposes.

**IN WITNESS WHEREOF,** the Parties have caused this Agreement to be executed by their hands and seals on the day and year first above written.

**BUYER: CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT**

_____                    9-04-2024
Michael T. Crist, P.E (authorized signor),                    Date
Deputy Executive Director, Infrastructure
CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT


**SELLER:  PAXTON-MITCHELL COMPANY, LLC**

_____                    9-4-24
Justin M. Quick, MBA, (authorized signor),                    Date
Operation Director
PAXTON-MITCHELL COMPANY, LLC


00534443                                   3





DATE: 6/30/2021

QUOTE NO.   06302021-01

### QUOTATION

CUSTOMER: Chesapeake Bay Bridge & Tunnel

MODEL:   Series 240-P

Enter city, state, zip

CONTACT:   Doug Brady
EMAIL:       dbrady@cbbt.com

QUANTITY:   see below

PHONE:   757-331-8974

| | | |
|---|---|---|
| 1) | 2022 Series 240-P Snooper | $445,000.00 |
| 1) | Reinforce truck frame | $25,000.00  (up to) |
| 1) | Steerable tag / pusher axle | $10,000.00 |
| 1) | Undercoat chassis and under bed | $2,025.00 |
| 1) | Aux Diesel power pack with full time hydr. pump & genset | $34,901.99 |
| 1) | 5 hp electric powered air compressor | $9,038.25 |
| 2) | Buyers tool boxes | $1,741.50 |

Total less chassis        $527,706.74

Note: above pricing is based on providing a unit similar to the existing Snooper unit FOB our factory.

If an additional pusher / tag is required by CBBT Add:        $10,000.00

Terms: 30% down at time order is placed, balance due on pick up at our factory.

Delivery: 270 days after receipt of an order.

Thank you for the opportunity to provide this quotation. Please fee; free to contact us if you have any questions, or would like to discuss placing an order.

Mark Pfeffer
General Manager
Paxton-Mitchell Company, LLC

108 South 12th Street, Blair, NE 68008  PH. 402-426-3131  FAX 402-426-3311  www.paxton-mitchell.com



EXHIBIT
B



# PURCHASE ORDER

## Chesapeake Bay Bridge Tunnel

32386 Lankford Highway
Cape Charles, VA, 23310
UNITED STATES

**VENDOR:**
Truck Center Companies East, LLC
TRKCTR
14321 Cornhusker RD
Omaha, NE, 68138
UNITED STATES

| | |
|---|---|
| PO Number: | CBB_3343 |
| Order Date: | 7/12/2021 |
| Company/Fund: | Reserve Maintenance Fund |
| Currency: | USD |
| Net Payment Terms: | 30 |

**SHIP TO:**
Dulce Rosales
Chesapeake Bay Bridge Tunnel
32386 Lankford Highway
Cape Charles, VA, 23310
UNITED STATES

**BILL TO:**
Chesapeake Bay Bridge Tunnel
c/o Concur Invoice Capture
10700 Prairie Lakes Drive
Eden Prairie, MN, 55344
UNITED STATES

| NO. | Supplier Part ID | Description | Quantity | Unit Price | Subtotal |
|---|---|---|---|---|---|
| 1 | 1 | 2022 Cab & Chassis, Western Star 4700 TA, Color, White | 1.00 Each | $128,782.00 | $128,782.00 |
| | | | | SUBTOTAL: | $128,782.00 |
| | | | | SHIPPING: | $0.00 |
| | | | | TAX: | $0.00 |
| | | | | TOTAL: | $128,782.00 |

## INSTRUCTIONS

1. This purchase order number shall be shown by vendor on all related invoices, delivery memoranda, bills of lading, packages and/or correspondence.

2. A separate invoice for this purchase order or for each shipment thereon shall be rendered immediately following shipment.

3. All prices unless otherwise specified are F.O.B. destination with transportation charges prepaid.

4. Equipment, materials and/or supplies delivered on this order shall be subject to inspection and test upon receipt and if rejected shall remain the property of the vendor.

5. If shipment is made by freight or express the original bill of lading properly receipted shall accompany invoice

6. Please remit invoice to: cbbt_invoicecapture@ConcurSolutions.com
Please Deliver to Paxton-Mitchell Company

*Cab & Chassis*
*Doug emailed*
*Terri 7/12/21.*

Page 1 of 1

CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT

# REQUISITION FOR PURCHASE

To the District Purchasing Agent:
Please Procure for the (Division/Department):

Maintenance

Ship Via:    Best Way

Deliver to:    Paxton-Mitchell Company

| Date: | June 30, 2021 |
|---|---|
| Charge to RMF Acct No. | 2056,2009 |
| Total RMF Budget Amount | $250,000.00 |
| Amount Spent to Date | $30,829.97 |
| For (Unit#, Etc.): | Snooper |
| RMF Purchase Order No: | RM |

| Item | Quantity | Unit | Description | Unit Price | Truck Center Co. | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ea | 2022 Cab & Chassis, Western Star 4700 TA, Color, White | $126,782.00 | $126,782.00 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | **Cooperative Procurement-State of Minnesota Contract No. 194867 | | | | | |
| | | | | | | | | |
| | | | Term of Contract Effective June 11, 2021 thru May 31, 2023. | | | | | |
| | | | | | | | | |

| | Shipping Charges | $0.00 | | |
|---|---|---|---|---|
| Phone Number: 402-592-2440 Fax Number: | TOTAL | $126,782.00 | | |

Attn:    Terry P. Novotny

Company:    Truck Center Companies East, LLC

Address:    14321 Cornhusker Rd.

         Omaha, NE 68138

Terms:    Net 30    [X] Verified

Shipping:    [ ] Yes    [X] No

Deliver PO by:    email to cbrady@cbbt.com
        (Phone/Fax/Email)

I hereby certify that the items specified are necessary for the use of this Division.

Signature:    Dulce Rosales

Purch. Dept. Ref.:

Apprvd by:       Division Head

               Deputy Director

               Executive Director

INVOICE NO:

Notes:
Cooperative Procurement-State of Minnesota Contract No. 194867

Original

## PURCHASE ORDER

**TRUCK CENTER COMPANIES**

Omaha | Lincoln | Norfolk | Columbus | York | Council Bluffs | Salina

| | |
|---|---|
| BUYER COMPANY | Chesapeake Bay Bridge and Tunnel |
| BUYER CONTACT | Doug Brady |
| EMAIL | dbrady@cddt.com |
| ADDRESS | 32385 Lankford Hwy |
| CITY | Cape Charles |
| COUNTY | |
| STATE | VA |
| ZIP CODE | 23310 |
| HOME PHONE | |
| WORK PHONE | 757-331-8974 |

| MAKE | MODEL | NEW/USED | VEHICLE IDENTIFICATION NUMBER | | DATE |
|---|---|---|---|---|---|
| Western Star | 4700SB | New | 5KKHAXDV9NPNF1521 | | 05/15/2021 |
| YEAR | COLOR | TYPE | MILEAGE | STOCK NO. | APPROX DELIVERY DATE |
| 2022 | White | Cab & Chassis | 1500 | NF1521 | |

| | | | | | |
|---|---|---|---|---|---|
| CASH PRICE OF VEHICLE | | $ 128,782.00 | CASH PRICE OF VEHICLE | | $128,782.00 |
| ACCESSORIES | | | TAXES (   ) UNITS | | |
| FET Exempt | | | TRADE ALLOWANCE | | |
| | | | DIFFERENCE | | |
| | | | ADMINISTRATIVE FEE | | |
| | | | BALANCE OWED ON TRADE | | |
| | | | SALES TAX | | |
| | | | DEPOSIT PAYMENT | | |
| RECORD OF TRADE-IN | | | TOTAL CASH SALE PRICE | | |
| YEAR | MAKE | MODEL | CASH DUE ON DELIVERY | | $128,782.00 |
| VIN | | MILEAGE | NEW LIENHOLDER | | |
| BALANCE OWED TO | | | | | |
| ADDRESS | | | CREDIT DESIRED | YES | ✔ NO |
| BALANCE OWED | | | INSURANCE DESIRED | YES | ✔ NO |
| | | | RECORD OF ADDITIONAL TRADE-IN UNITS SEE ATTACHED ADDENDUM | | |

## TERMS AND CONDITIONS

Buyer acknowledges, agrees, represents and warrants as follows:

(1) The terms of the agreement evidenced by this Purchase Order are contained on both the front and reverse sides hereof. This Purchase Order, when signed by an authorized Dealer representative, contains a complete and exclusive statement of such terms and Dealer has no obligations beyond or in addition to what is expressly set forth herein. There are no other terms and conditions, oral or written, and this Purchase Order supersedes all prior statements, representations and promises. The terms of this agreement may be supplemented, modified or changed only by a written instrument signed by Dealer.

(2) The Certificate of Title for the trade-in vehicle identified above (if any) is not a salvage title and no salvage title has ever been issued for such vehicle.

(3) The only material defects in the trade-in vehicle are the following (if no defects, write "None"): _____

(4) None of the emissions or safety restraint systems have been altered or removed by Truck Center Companies.

(5) No insurance of any kind is included in the agreement evidenced by this Purchase Order.

(6) If Dealer has agreed to arrange financing for the purchase of the vehicle and Dealer is unable to promptly assign the finance contract to an institutional lender on a "non-recourse" basis, Dealer may, at its option, terminate this agreement and such finance contract.

(7) I have read this Purchase Order, I have had an opportunity to ask questions of Dealer concerning it, and I have received a complete, signed copy of the Purchase Order.

NOTICE TO BUYER: Do not sign this Purchase Order before you read it or if it contains blank spaces. You are entitled to a copy of the Purchase Order you sign.

CONTRACTUAL DISCLOSURE STATEMENT

The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. The term "window form" refers only to the F.T.C. used car "Buyers Guide", if one is present and not to any other form or sign that might be any window.

X _____ (Buyer's Signature)    X _____ Terry Novotny (Salesman Name)

X _____ (Co-Buyer's Signature)    ACCEPTED BY: X _____ (Dealer or authorized representative)

THE CONTRACT CONDITIONS OF THIS ORDER ARE CONTINUED ON THE REVERSE SIDE HEREOF

TCC Purchase_Order_070110



## CERTIFICATE OF ORIGIN FOR A VEHICLE

WESTERN STAR TRUCKS

**DATE**
04/19/21

**INVOICE NO.**
268384

**VEHICLE IDENTIFICATION NO.**
5KKHAXDV9NPNF1521

**YEAR**
2022

**MAKE**
WESTERN STAR

**BODY TYPE**
TRUCK

**SHIPPING WEIGHT**
18362

**H.P. (S.A.E.)**
470

**G.V.W.R.**
66000

**NO. CYLS.**
6

**SERIES OR MODEL**
4700SB

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

TRUCK CENTER COMPANIES
3601 ADVENTURELAND DRIVE
ALTOONA, IA 50009

THIS VEHICLE HAS A 50 STATE EMISSION SYSTEM.

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

**DAIMLER TRUCKS NORTH AMERICA LLC**

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)     (AGENT)

6747 NORTH CHANNEL
PORTLAND, OREGON 97217
CITY - STATE

22280299

BLS045 (1/03)

PO 3343

Doug called Paxton-Mitchell
When they get the truck
all assembled they will
issue us a title.

This Certificate of Origin is just for the
Cab & Chassis.

EXHIBIT
C



EXHIBIT

*P*



# PURCHASE ORDER

**Chesapeake Bay Bridge Tunnel**
32386 Lankford Highway
Cape Charles, VA, 23310
UNITED STATES

| | |
|---|---|
| **PO Number:** | CBB_3373 |
| **Order Date:** | 7/15/2021 |
| **Company/Fund:** | Reserve Maintenance Fund |
| **Currency:** | USD |
| **Net Payment Terms:** | 30 |

**VENDOR:**
Paxton-Mitchell Company
PAXMIT
108 South 12th St.
Blair, NE, 68008-3261
UNITED STATES

**SHIP TO:**
Robert Moore
Chesapeake Bay Bridge Tunnel
32386 Lankford Highway
Cape Charles, VA, 23310
UNITED STATES

**BILL TO:**
Chesapeake Bay Bridge Tunnel
c/o Concur Invoice Capture
10700 Prairie Lakes Drive
Eden Prairie, MN, 55344
UNITED STATES

| NO. | Supplier Part ID | Description | Quantity | Unit Price | Subtotal |
|---|---|---|---|---|---|
| 1 | | 2022 Series 240-P Snooper | 1.00 Each | $445,000.00 | $445,000.00 |
| 2 | | Reinforce truck frame | 1.00 Each | $25,000.00 | $25,000.00 |
| 3 | | Steerable Tag/ Pusher Axle | 1.00 Each | $10,000.00 | $10,000.00 |
| 4 | | Undercoat Chasis & Under Bed | 1.00 Each | $2,025.00 | $2,025.00 |
| 5 | | Aux Diesel Power Pack with Full time Hyd. Pump & Genset | 1.00 Each | $34,901.99 | $34,901.99 |
| 6 | | 5 HP Electric Powered Air Compressor | 1.00 Each | $9,038.25 | $9,038.25 |
| 7 | | Buyers Tool Boxes | 1.00 LOT | $1,741.50 | $1,741.50 |
| | | | | **SUBTOTAL:** | $527,706.74 |
| | | | | **SHIPPING:** | $0.00 |
| | | | | **TAX:** | $0.00 |
| | | | | **TOTAL:** | $527,706.74 |

## INSTRUCTIONS

1. This purchase order number shall be shown by vendor on all related invoices, delivery memoranda, bills of lading, packages and/or correspondence.

2. A separate invoice for this purchase order or for each shipment thereon shall be rendered immediately following shipment.

3. All prices unless otherwise specified are F.O.B. destination with transportation charges prepaid.

4. Equipment, materials and/or supplies delivered on this order shall be subject to inspection and test upon receipt and if rejected shall remain the property of the vendor.

5. If shipment is made by freight or express the original bill of lading properly receipted shall accompany invoice.

6. Please remit invoice to: cbbt_invoicecapture@ConcurSolutions.com

**EXHIBIT**

*E*

**Invoice**

Paxton Mitchell Company LLC

108 S. 12th Street
Blair, NE 68008

| Date | Invoice # |
|------|-----------|
| 7/15/2021 | 17341 |

**Bill To**

Chesapeake Bay Bridge Tunnel
c/o Concur Invoice Capture
10760 Prairie Lakes Drive
Eden Prairie, MN 55344

**Ship To**

Chesapeake Bay Br & TNL Dist
32386 Lankford Highway
Cape Charles, VA 23310

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| CGB_3373 | Net 15 | | | | | |

| Quantity | | | U/M | | |
|----------|--|--|-----|--|--|
| 1 | Down Payment | 30% down payment is due at this time | | 158,312.02 | 158,312.02 |
| | S/N 246001 | | | | |

paid
CH# 5568
8/2/21

| | Total | 158,312.02 |
|--|-------|-----------|



COMMISSION MEMBERS

FREDERICK T. STANT, III
CHAIRMAN
COMMONWEALTH
TRANSPORTATION BOARD

THOMAS W. MEEHAN, SR.
VICE CHAIRMAN
CITY OF NEWPORT NEWS

GREGORY L. DUNCAN, SR
SECRETARY-TREASURER
ACCOMACK COUNTY

KEITH COLONNA
ACCOMACK COUNTY

MARK C. BUNDY, SR.
NORTHAMPTON COUNTY

PHILLIP R. CUSTIS
NORTHAMPTON COUNTY

COMMISSION MEMBERS

PATRICK E. CORBIN
CITY OF CHESAPEAKE

GEORGE B. CLARKE, IV
CITY OF VIRGINIA BEACH

STEPHEN M. MALLON
CITY OF HAMPTON

CHARITY VOLMAN-WINN
CITY OF NORFOLK

VACANT
CITY OF PORTSMOUTH

———————

JEFFREY B. HOLLAND
EXECUTIVE DIRECTOR

## CHESAPEAKE BAY BRIDGE AND TUNNEL DISTRICT

32386 LANKFORD HIGHWAY

CAPE CHARLES, VIRGINIA 23310

757/331-2960    FAX 757 331-4565

WWW.CBBT.COM

August 28, 2024

Justin M. Quick, MBA
Operations Director
Paxton-Mitchell Company, LLC
108 South 12th Street
Blair, NE 68008

RE:   RMF # 7126.7505 Purchase of Bridge Inspection Vehicle, Purchase Order # CBB_3373

Mr. Justin Quick:

In response to our letter of August 13, 2024, we received your letter dated August 20, 2024. Your Letter seeks to modify Option 2 set forth in our letter of August 13th by extending the final delivery date from September 16, 2024 to September 30, 2024.

Your August 20, 2024 letter does not select either Option 1 or Option 2 as presented to Paxton-Mitchell and therefore is NOT an acceptance of the offer for resolution which our facility made.

We make a final offer by modifying and combining both Option 1 and Option 2. We incorporate all definitions established in our letter of August 13, 2024 and hereafter we shall refer to this modified and combined option as **Option 3:**

**Option 3:** You delivery the Vehicle ready for operation (at your location), no later than September 30, 2024 and you accept $305,194.00 as full and final payment for final delivery. If delivery is acceptable to CBBTD is not performed by September 30, 2024, You agree to repay CBBTD all funds expended (deposit, cab & chassis and the rent for the alternative vehicle for 3 months, July, August and September) and upon receipt of all funds (approximately $351,294.00) from You no longer than sixty (60) days from September 30, 2024, CBBTD will transfer ownership in the Vehicle to You and release You from all additional costs and expenses. Option 3 is available to You only if You agree to execute a contract our legal counsel shall draft.



EXHIBIT

F

Page 2
August 30, 2024

We make this offer **without prejudice** to take all action available under the law should you fail to accept **Option 3** by End of Business, September 3, 2024.

This is our final offer.

Sincerely,

Michael T. Crist, P.E.
Deputy Executive Director, Infrastructure

cc:    Jeffrey B. Holland, CBBTD
       Thomas Anderson, CBBTD
       Timothy Holloway, CBBTD
       Bryan Plumlee, Poole Brooke Plumlee



EXHIBIT
6



The Original
SNOOPER
by
PAXTON-MITCHELL COMPANY, L.L.C.

Tuesday, September 3, 2024

Michael T. Crist, P.E.
Deput Executive Director, Infrastructure
Chesapeake Bay Bridge and Tunnel District
32386 Lankford Highway
Cape Charles, Virginia 23310
757 331-2960

RE: RMF #7216 7505 Purchase of Bridge Inspection Vehicle, Purchase Order #CBB_3373

Mr. Michael Crist:

In response to your letter of August 28th, we accept your Option #3. We will have your Vehicle delivered on or before September 30, 2024.

Please let me know if you have any questions, comments or concerns.

175 South So Street, Blair, NE 68008 PH 402-426-3131 FAX 833-217-6418 www.paxton-mitchell.com

Sincerely,

Justin R. Quick, MBA
Operations Director
108 South 12th St
Blair, NE 68008
402-426-3131 Phone
www.paxton-mitchell.com

108 South 12th Street, Blair, NE 68008 PH: 402-426-3131 FAX 833-217-8418 www.paxton-mitchell.com